IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND WIATER, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 11-4088 |
| | : | |
| **GERBER LEGENDARY BLADES, DIVISION OF FISKARS BRAND, INC., et al.** | : : : | |

## ORDER

AND NOW, this 21st day of May, 2013, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** without prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**